IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON S. CARTER, | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 14-2660 |
| | : | |
| MID-ATLANTIC HEALTHCARE, LLC, | : | |
| | : | |
| | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW,** this 12th day of January, 2017, upon consideration of Defendant's "Motion for Summary Judgment" (Doc. No. 23), Plaintiff's Response in Opposition thereto (Doc. No. 24), Defendant's Reply (Doc. No. 25), and Plaintiff's Surreply (Doc. No. 31), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendant's Motion for Summary Judgment (Doc. No. 23) is **GRANTED**.

- **JUDGMENT** is entered in favor of Defendant on Counts I and II.

- The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**